■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX RAMIREZ, Appellant. [757 NYS2d 848] —Judgment, Supreme Court, New York County (Joan Sudolnik, J., at hearing; John Stackhouse, J., at plea and sentence), rendered December 14, 2000, convicting defendant of criminal possession of a controlled substance in the second degree, and sentencing him, as a second felony offender, to a term of six years to life, unanimously affirmed.

The record establishes that defendant's waiver of his right to appeal encompassed all aspects of the case, including the suppression ruling (*see People v Kemp*, 94 NY2d 831 [1999]; *People v Allen*, 82 NY2d 761 [1993]). Concur—Tom, J.P., Saxe, Ellerin, Lerner and Gonzalez, JJ.